A. HOLLANDER & SON, INC., Appellant, v. SOLOMON SCHWARTZ & SON, INC., and Others, Respondents.— Order unanimously affirmed, with twenty dollars

costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.